## Easby's Petition.

Argued April 23, 1937. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

512

*Albert J. Williams,* County Solicitor, for amicus curiæ.

*Philip C. Pendleton* and *E. Wallace Chadwick,* for appellants.

*John J. Stetser,* with him *Charles J. Margiotti,* Attorney General, and *George W. Keitel,* Assistant Deputy Attorney General, for appellee.

PER CURIAM, June 25, 1937:

The decree is affirmed at appellants' cost on the opinion of Judge BALDRIGE reported at 124 Pa. Superior Ct. 578.